# UNITED STATES DISTRICT COURT
for the
District of Arizona

| | |
|---|---|
| United States of America<br>v.<br>Enri Manuel Garcia Garcia,<br>a.k.a.: Enri M. Garcia Garcia,<br>a.k.a.: Enri Manuel Garica-Garcia,<br>a.k.a.: Enirque Garcia<br>(A 087 966 478)<br>*Defendant* | Case No. 15-6532mJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of October 22, 2015, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Enri Manuel Garcia Garcia, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at San Ysidro, California, on March 29, 2010, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Sections 1326(a), and enhanced by (b)(1).

I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

*CEB*
REVIEWED BY: Charles E. Bailey, P.S. for AUSA Brandon M. Brown

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Justin Pohl,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: October 23, 2015

_____
*Judge's signature*

City and state: Phoenix, Arizona

David K. Duncan,
United States Magistrate Judge
*Printed name and title*

## STATEMENT OF PROBABLE CAUSE

I, Justin Pohl, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On October 22, 2015, Officer Perez of the Phoenix Police Department (PPD) encountered Enri Manuel Garcia Garcia during a traffic stop at West McDowell Road in Phoenix, Arizona. PPD Officer Perez suspected the subject in the vehicle to be illegally present in the United States and contacted the Phoenix ICE Law Enforcement Agency Response Unit for assistance. ICE Officer B. Placencia interviewed Garcia Garcia and determined him to be a citizen of Mexico, illegally present in the United States. On the same date, Garcia Garcia was transported to the Phoenix ICE detention office for further investigation and processing. Garcia Garcia was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Enri Manuel Garcia Garcia to be a citizen of Mexico and a previously deported criminal alien. Garcia Garcia was removed from

the United States to Mexico through San Ysidro, California, on or about March 29, 2010, pursuant to the order of removal issued by an immigration official. There is no record of Garcia Garcia in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Garcia Garcia's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Enri Manuel Garcia Garcia was convicted of Robbery, a felony offense, on January 18, 2002, in the Circuit Court of the State of Oregon for the County of Marion. Garcia Garcia was sentenced to ninety (90) months incarceration and thirty six (36) months probation. Garcia Garcia's criminal history was matched to him by electronic fingerprint comparison.

5. On October 22, 2015, Enri Manuel Garcia Garcia was advised of his constitutional rights. Garcia Garcia freely and willingly acknowledged his rights and declined to provide further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about October 22, 2015, Enri Manuel Garcia Garcia, an alien, was found in the United States of America at or near Phoenix, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at San Ysidro, California, on March 29, 2010, and not having obtained the express

consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Sections 1326(a), and enhanced by (b)(1).

_____
Justin Pohl,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 23rd day of October, 2015.

_____
David K. Duncan,
United States Magistrate Judge