WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Enri Mariel Garcia-Garcia,<br><br>　　　　　Defendant. | No. CR-15-01470-001-PHX-JAT<br><br>**ORDER** |

　　　Pending before the Court is Defendant's motion to modify his sentence pursuant to 18 U.S.C. § 3582(c).  (Doc. 24).  The Government opposes the motion.  (Doc. 26).

　　　For the reasons stated in the Government's response (Doc. 26) the Court will deny the motion.  Specifically, Defendant waived the right to file a motion under this section in his plea agreement, and the Court finds the plea was knowingly and voluntarily entered; thus the waiver is enforceable.

　　　Additionally, even if the waiver was not enforceable, because the amendment under which Defendant seeks relief (Amendment 802 to USSG § 2L1.3) has not been made retroactive and is not listed under USSG § 1B1.10(d), a reduction of Defendant's sentence is not authorized by 18 U.S.C. § 3582(c)(2).

　　　Finally, notwithstanding the foregoing, the Court agrees with the Government that based on Defendant's history, he is not entitled to a modification.

　　　Accordingly,

/ / /

1     **IT IS ORDERED** that Defendant's motion for modification of sentence pursuant
2 to 18 U.S.C. § 3582 (Doc. 24) is denied.
3     Dated this 24th day of March, 2017.

James A. Teilborg
Senior United States District Judge